Blanche B. Freeman, Appellant, v. Clifford B. Harmon, Respondent.— Order affirmed, with costs. No opinion. Dowling, J., dissented.

Jennie Sassa, Respondent, v. John H. Sassa, Appellant.—Judgment affirmed, with costs. No opinion.

Charles J. Doherty, as Trustee in Bankruptcy of Max Eichner, a Bankrupt, Respondent, v. David S. Engle, Appellant.—Judgment and order affirmed, with costs. No opinion.

The People of the State of New York ex rel. John McEnery, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.—Writ dismissed and proceedings affirmed, with costs. No opinion.

Louis C. Noot, Respondent, v. Midge Fannie Noot, Appellant.— Judgment and order affirmed. No opinion.

The Titusville Iron Company, Appellant, v. City of New York and Others, Respondents.—Judgment affirmed, with costs. No opinion.

State Board of Pharmacy, Appellant, v. F. W. Woolworth & Company, Respondent.—Determination affirmed, with costs. No opinion.

Charles Sladky, Appellant, v. Joseph Klein, Respondent.—Judgment and order affirmed, with costs. No opinion. Clarke, J., dissented.

In the Matter of the Application of the City of New York Relative to Acquiring Title, etc., to West Two Hundred and Twelfth Street, etc., from Kingsbridge Road to the Harlem River, in the Twelfth Ward, Borough of Manhattan, The City of New York. The City Investment Company, Appellant; William B. Isham, Jr., and Hamilton Odell, as Executors, etc., of William B. Isham, Deceased, Respondents.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Sara Frankl, Respondent, v. Reliance Life Insurance Company of Pittsburgh, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles H. Barson and Mary Matilda Barson, Respondents, v. Agnes K. Murphy Mulligan and William G. Mulligan, Appellants.—Order affirmed, with ten dollars costs and disbursements. No opinion.